**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-01299-STV

YIYAN WANG, PH.D.,

**Plaintiff,**

v.

WILLIAM SCHOOLCRAFT, M.D., and
THE COLORADO CENTER FOR REPRODUCTIVE MEDICINE, L.L.C., a Delaware Corporation,

**Defendants.**

---

STIPULATION FOR DISMISSAL OF DEFENDANTS WILLIAM SCHOOLCRAFT, M.D., and THE COLORADO CENTER FOR REPRODUCTIVE MEDICINE, L.L.C.

---

Plaintiff Yiyan Wang, Ph.D., Defendant William Schoolcraft, M.D., and Defendant Colorado Center for Reproductive Medicine, L.L.C., by and through their respective undersigned counsel, stipulate that all claims have been resolved and Plaintiff's claims herein should be dismissed with prejudice with each party bearing its own costs.

DATED this 9th day June**,** 2020.

| NIXON SHEFRIN HENSEN OGBURN, P.C. | THE MAHONEY LAW FIRM, P.C. |
|---|---|
| By /s/ Stephen J. Hensen | By: /s/ Kevin. S. Mahoney |
| Stephen J. Hensen (Atty. Reg. #16893) | Kevin S. Mahoney |
| Jessie M. Fischer (Atty. Reg. #39192) | Paul M. Mahoney |
| Nixon Shefrin Hensen Ogburn, P.C. | 4500 Cherry Creek Drive South, Suite 950 |
| 5619 DTC Parkway, Suite 1200 | Denver, CO 80246 |
| Greenwood Village, CO  80111 | Telephone: 303-987-2210 |
| Telephone:  303-773-3500 | Fax:          303-987-0045 |
| Fax:          303-779-0740 | Email: kevin@mahoneylaw.com |
| Email:  shensen@nixonshefrin.com | *Attorneys for Plaintiff* |
|          jfischer@nixonshefrin.com | |
| *Attorneys for Defendants* | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Paul M. Mahoney
Kevin S. Mahoney
The Mahoney Law Firm, P.C.
4500 Cherry Creek Drive South, #950
Denver, CO  80246
*Attorneys for Plaintiff*

                                    *(Original signature on file at the offices of Nixon Shefrin Hensen Ogburn, P.C.)*

                                    */s/     Adrienne Abatemarco*